defendant to withdraw demurrer and to answer on payment of said costs and the costs provided for in the order appealed from. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Page, J., dissenting on the ground that, in his opinion, the complaint attempts to state a cause of action for false imprisonment with a cause of action for slander.

BANK OF WASHINGTON HEIGHTS (a Corporation), Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY (a Corporation), Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MICHAEL J. KEENAN, Respondent, v. LOUIS BALTERANSKY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

DANIEL KAUFMAN, Appellant, v. NATHAN J. MILLER and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD L. CANTRALL, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MARY KECK, Appellant, v. ANNA DRESSEL and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ORVILLE E. BABCOCK and Others, Copartners, etc., Appellants, v. NATIONAL SURETY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

WALTER A. SCHOTT, Respondent, v. WILLIAM J. BAXTER and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

WALTER A. SCHOTT, Respondent, v. WILLIAM J. BAXTER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE L. BUCHMAN COMPANY, INC., Respondent, v. THE NORTHERN FEATHER WORKS AND PRODUCE COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

CHRYSSANTH KOUTSOURAKIS Appellant, v. HOLZWASSER & COMPANY, Respondent.— Jugdment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

In the Matter of the Application of MARTHA A. GAINES, Appellant, for a Writ of Mandamus Directed to FRANK DEK. HUYLER, as President, and COULTER D. HUYLER, as Secretary and Treasurer, of HUYLER'S, a Domestic Corporation, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LORD ELECTRIC COMPANY, Respondent, v. BARBER ASPHALT PAVING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disburse-